JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| STEPHEN C. STEARNS, on behalf of himself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TICKETMASTER CORP., TICKETMASTER L.L.C., ENTERTAINMENT PUBLICATIONS, INC. a/k/a ENTERTAINMENT, INC., IAC/INTERACTIVECORP,<br><br>Defendants. | No. CV 08-0117 DSF (JTLx)<br><br>Hon. Dale S. Fischer<br><br>*Related to No. CV 07-1459 DSF (JTLx)*<br><br>**JUDGMENT** |

This action came before this Court, the Honorable Dale S. Fischer, District Judge presiding, on Defendants' Motion To Dismiss Amended Complaint and/or Stay Action, and in the Alternative, To Dismiss or Strike CLRA Damages Claim.  Having fully considered the parties' briefing, and having deemed this matter appropriate for decision without oral argument, the Court issued an Order GRANTING Defendants' Motion To Dismiss Amended Complaint and/or Stay Action, and in the Alternative,

To Dismiss or Strike CLRA Damages Claim and DENYING Plaintiff's Motion for Class Certification as Moot.

Plaintiff filed a Motion for Reconsideration of Order Granting Defendants' Motion To Dismiss.  The Court granted reconsideration, and having fully considered the parties' briefing, and having deemed this matter appropriate for decision without oral argument, the Court issued an Order GRANTING Plaintiff's Motion for Reconsideration of Order Granting Defendants' Motion To Dismiss, and on Reconsideration, GRANTING Defendants' Motion To Dismiss.

Plaintiff subsequently filed a Request for Entry of Judgment asking that the Court dismiss this entire action with prejudice so that he could appeal the Court's orders to the Ninth Circuit.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff takes nothing, that the above-captioned action be dismissed on its merits, with prejudice, and that Defendants recover their costs in the amount of $_____.

IT IS FURTHER HEREBY ORDERED AND ADJUDGED that nothing in this Judgment is intended to or will prejudice the rights of any other plaintiff in the putative class, including but not limited to the ability of the named plaintiffs in *Mancini, et al. v. Ticketmaster, et al.*, CV 07-1459 DSF (JTLx) to continue to pursue their claims against Defendants on behalf of themselves and a putative class.

Dated: June 16, 2008

_____
Hon. Dale S. Fischer
United States District Judge